```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

              MAY  1 5 2013

        CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:13-cr-120-APG-GWF |
| IRINA SANFORD, | ) | |
| Defendant. | ) | ORDER |
| | ) | |

On May 8, 2013, the Court granted James A. Oronoz, Esq.'s "Motion for Leave to Withdraw as Counsel for Irina Sanford" (#31) and ordered new counsel appointed (#34). Therefore;

IT IS HEREBY ORDERED that Melanie A. Hill, Esq. is appointed as counsel for Irina Sanford in place of James A. Oronoz, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Oronoz  shall forward the file to Ms. Hill forthwith.

DATED  this ___15ᵗʰ___ day of May, 2013.

Nunc Pro Tunc Date: May 13, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge